1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   JEFFREY R. FINIGAN (CASBN 168285)
    JEFFREY RABKIN (CABN 189798)
5   Assistant United States Attorneys

6
      450 Golden Gate Avenue
7     San Francisco, California  94102
      Telephone: (415) 436-7232
8     Facsimile: (415) 436-7234
      Email: jeffrey.finigan@usdoj.gov
9
    Attorneys for Plaintiff
10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )   Criminal No. CR 3 09 70448 JL and
                                       )   Criminal No. CR 3 09 70547 JCS
16         Plaintiff,                  )
                                       )
17         v.                          )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING
18   JOHN BUI,                         )   APPEARANCE AND EXCLUDING
                                       )   TIME
19         Defendant.                  )
     _____)
20

21

22         On May 14, 2009, the above-referenced defendant was charged with false

23   statements in violation of Title 18, United States Code, Section 1001, pursuant to a

24   Complaint in case no. CR 3 09 70448 JL.  On June 19, 2009, the above-referenced

25   defendant was charged with witness tampering in violation of Title 18, United States

26   Code, Section 1512(b)(3), pursuant to a Complaint in case no. CR 3 09 70547 JCS.  Both

27   cases were set for preliminary hearing or arraignment on an indictment before the Court

28   on July 15, 2009.  The defendant is represented by Mary McNamara, Esq. and the

STIP & ORDER TO CONTINUE
CR 3 09 70448 JL and CR 3 09 70547 JCS

1  government is represented by Jeffrey Finigan and Jeffrey Rabkin, Assistant United States

2  Attorneys.

3        The parties are informally exchanging information in an effort to potentially

4  resolve the matter pre-indictment and wish to continue the defendant's appearance on

5  July 15, 2009 to continue that process.  In addition, the parties anticipate that the

6  defendant will be unavailable on July 15, 2009 due to a quarantine imposed at the facility

7  in which the defendant has been detained pending indictment.  Accordingly, the parties

8  hereby stipulate that good cause exists and the defendant consents to extend the time

9  within which he must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d)

10  and Title 18, United States Code, Section 3161.

11        Moreover, the parties hereby agree to and request that the case be continued until

12  August 21, 2009, and that the time limits of Rule 5.1(c) and Title 18, United States Code,

13  Section 3161 be extended until then so that the parties may further review discovery and

14  discuss potential resolution.

15

16  DATED: July 13, 2009 _____

17                         MARY MCNAMARA, ESQ.
                          Counsel for Defendant John Bui

18

19

20  DATED: July 13, 2009 _____

21                         JEFFREY RABKIN
                          Assistant U.S. Attorney

22

23

24

25

26

27

28

STIP & ORDER TO CONTINUE
CR 3 09 70448 JL and CR 3 09 70547 JCS          2

1

## ORDER

2       For the reasons stated by the parties herein, it is hereby ORDERED that the

3 appearance in both of the above-referenced cases on July 15, 2009, is **CONTINUED** to

4 August 21, 2009, at 9:30 a.m. before the Honorable Bernard Zimmerman, U.S. Magistrate

5 Judge. The Court finds that the ends of justice served by excluding the period from July

6 15, 2009 to August 21, 2009, outweigh the best interest of the public and the defendant in

7 a speedy trial. Id. § 3161(h)(7)(A). Accordingly, and with the consent of the defendant,

8 the Court orders that the period from July 15, 2009 to August 21, 2009, be excluded from

9 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

10

11

12 DATED:  7/15/9

13     United St _____ e



Judge Joseph C. Spero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER TO CONTINUE
CR 3 09 70417 JL                   3